**FILED**

October 29, 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. W20CR172 |
| | * | |
| Plaintiff | * | INFORMATION |
| | * | |
| V. | * | [VIO:    18   U.S.C.   2252A(a)(5)(B)   – |
| | * | Possession of Visual Depictions of Sexual |
| BRYCE JACOB WILLIS | * | Activities by Minors] |
| | * | |
| Defendant | * | |
| | * | |

THE UNITED STATES ATTORNEY CHARGES:

On or about December 27, 2019, in the Western District of Texas, Defendant,

**BRYCE JACOB WILLIS,**

did knowingly possess and attempt to possess material which contained one or more images of

child pornography, to-wit: images depicting minors, including prepubescent minors and minors

who had not attained twelve (12) years of age, engaging in genital-genital, anal-genital,

oral-genital sexual intercourse and lascivious exhibition of the genitals and pubic area, that had

been mailed, shipped and transported using any means and facility of interstate and foreign

commerce, and that had been produced using materials that had been mailed, shipped and

transported in and affecting interstate and foreign commerce, by any means, including by

computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2),

and 2256(8)(A).

GREGG N. SOFER
United States Attorney

By:    GREGORY S. GLOFF
Assistant United States Attorney